FILED SEP 16 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CLARENCE SAUNDERS | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| JOHN KERESTES, et al. | : | NO. 13-3280 |

**ORDER**

JOEL H. SLOMSKY, J.,

AND NOW, this 16th day of September, 2013, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is placed in suspense until the conclusion of the state post-conviction proceedings.

3. Petitioner and Respondents shall notify the court within thirty days of the conclusion of the state proceedings so the habeas petition may proceed in this court.

BY THE COURT:

ENTERED
SEP 16 2013
CLERK OF COURT

_____
JOEL H. SLOMSKY, J.